

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher **PRINE**,
Appellee

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Honorable Dan Hinde, Judge Presiding

## O R D E R

      In civil cases, rule 34.5(a)(1) of the Texas Rules of Appellate Procedure requires the clerk's record to include "all pleadings on which the trial was held." TEX. R. APP. P. 34.5(a)(1). The final judgment signed in the above-referenced case states the trial court considered "Prine's Motion to Enter Final Judgment;" therefore, that motion is one of the "pleadings on which the trial was held." *Id.* However, the motion was not included in the clerk's record filed in this appeal. It is therefore ORDERED that the trial court clerk file a supplemental clerk's record containing "Prine's Motion to Enter Final Judgment" no later than ten days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court